UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERBER,<br><br>    Plaintiff(s),<br><br> v.<br><br>FIRST HORIZON HOME LOANS CORPORATION,<br><br>    Defendant(s). | NO. C05-1554P<br><br>STANDING ORDER REQUIRING SUBMISSION OF INFORMATION REGARDING REMOVAL |

Upon removal of the action and for good cause, the court orders the removing defendant or defendants within seven (7) days of the date of this order to serve and file a submission providing the following information:

1. Have all defendants served at the time of removal joined in the removal? Provide a full explanation if all defendants served at the time of removal did not join in the notice of removal.

2. On what date was the first defendant served? On what date was the notice of removal filed? Provide a full explanation if the notice of removal was dated more than thirty (30) days after the first defendant was served.

3. If the action has been removed on grounds of diversity jurisdiction, is any defendant served at the time of removal a citizen of the forum state?

4. If the action has been removed on grounds of diversity jurisdiction, state the citizenship of all named plaintiffs and all named defendants (including the citizenship of all members or partners in any non-corporate party), if such states of citizenship were not set forth in the notice of removal.

5. If the action has been removed on grounds of diversity jurisdiction, state the amount of damages in controversy.

ORD ON NOTICE OF RMVL - 1

1 | If the plaintiff has a response to defendants' submission, such response, if any, shall be filed
2 | and served within seven (7) days of the date of defendants' submission. Any motion to remand the
3 | action to state court based on any procedural defects in the removal must be filed thirty (30) days after
4 | removal or sooner. See 28 U.S.C. §1447(c).

6 | The clerk is directed to send copies of this order to all counsel of record.

8 | Dated: September 13, 2005

Marsha J. Pechman
U.S. District Judge

26 | ORD ON NOTICE OF RMVL - 2