The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY GERBER, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>FIRST HORIZON HOME LOANS CORP.,<br><br>        Defendant. | No. C05-1554<br><br>STIPULATION AND ORDER ALLOWING DEFENDANT TO FILE REPLY BRIEF IN EXCESS OF PAGE LIMITATIONS ON DEFENDANT'S MOTION TO DISMISS<br><br>CONSIDERATION DATE:<br>December 9, 2005 |

## I. STIPULATION

Plaintiff Gary Gerber ("Gerber") and Defendant First Horizon Home Loans Corp. ("First Horizon") hereby stipulate to and jointly request the entry of an order allowing First Horizon to file a reply brief that is up to 17 pages long in support of First Horizon's Motion to Dismiss Plaintiff's Amended Complaint (the "Dismissal Motion"). The additional pages are necessary to address certain issues raised in Plaintiff's opposition to the Dismissal Motion and do not result in First Horizon submitting combined briefing that exceeds the total page limits for dispositive motions under the Local Rules.

STIPULATION AND ORDER ALLOWING DEFENDANT TO FILE REPLY BRIEF IN EXCESS OF PAGE LIMITATIONS ON DEFENDANT'S MOTION TO DISMISS - 1
Case No. C05-1554

50603753.1

FOSTER PEPPER & SHEFELMAN PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-7900

## II. ORDER

This matter having come before the Court on the stipulation and joint request of the parties and good cause having been shown,

IT IS ORDERED that First Horizon may submit a reply brief not to exceed 17 pages in support of First Horizon's Dismissal Motion.

DATED this _____ day of December, 2005.

                                                  _____
                                                  Honorable Marsha J. Pechman
                                                  United States District Judge

Presented by:

FOSTER PEPPER & SHEFELMAN PLLC


/s/Tim J. Filer
Tim J. Filer, WSBA No. 16285
Jeffrey S. Miller, WSBA #28077
Attorneys for Defendant
First Horizon Home Loans Corporation

OF COUNSEL:

Thomas M. Hefferon, Esq.
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 346-4000

Brooks R. Brown, Esq.
Shirley Sperling Paley, Esq.
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2188
(617) 570-1000

STIPULATION AND ORDER ALLOWING DEFENDANT TO FILE REPLY BRIEF IN EXCESS OF PAGE LIMITATIONS ON DEFENDANT'S MOTION TO DISMISS - 2
Case No. C05-1554

50603753.1

FOSTER PEPPER & SHEFELMAN PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-7900

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Stipulation and Order Approved, Notice of Presentation Waived: |
| 4 | |
| 5 | WILLIAMSON & WILLIAMS |
| 6 | |
| 7 | <u>/s/ Rob Williamson (per telephone authority)</u><br>Rob Williamson, WSBA No. 11387 |
| 8 | Attorneys for Plaintiff Gary Gerber |
| 9 | |
| 10 | Guy W. Beckett, Esq.<br>Beckett Law Offices, PLLC |
| 11 | 811 First Avenue, Suite 620<br>Seattle, WA  98104 |
| 12 | Ph: 206-264-8135 |
| 13 | |
| 14 | Mark A. Griffin, Esq.<br>Keller Rohrback L.L.P. |
| 15 | 1201 Third Ave., Suite 3200<br>Seattle, WA  98101 |
| 16 | Ph: 206-623-1900 |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

STIPULATION AND ORDER ALLOWING DEFENDANT TO FILE REPLY BRIEF IN EXCESS OF PAGE LIMITATIONS ON DEFENDANT'S MOTION TO DISMISS - 3
Case No. C05-1554

FOSTER PEPPER & SHEFELMAN PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101-3299
PHONE (206) 447-4400   FAX (206) 447-7900

50603753.1