UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERBER,

        Plaintiff(s),

  v.

FIRST HORIZON HOME LOANS CORPORATION,

        Defendant(s).

NO. C05-1554P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

Oral argument has been requested and granted on Defendant's Motion to Dismiss Plaintiff's Amended Complaint.  Argument will be heard:

**Friday, February 10, 2006, 11 a.m., Courtroom of the Honorable Marsha J. Pechman**

Each side will be permitted 20 minutes of argument.

Filed this 9th day of January, 2005.

                                        BRUCE RIFKIN, Clerk

                                 By    /s Mary Duett
                                                  Deputy Clerk

MINUTE ORDER