The Honorable Robert S. Lasnik

___ FILED  ___ ENTERED
___ LODGED  ___ RECEIVED

AUG 30 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY GERBER, on behalf of himself and others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>FIRST HORIZON HOME LOANS CORPORATION,<br><br>     Defendant. | CLASS ACTION<br><br>No. C05-1554 RSL.<br><br>05-CV-01554-ORD |
| TODD SQUIRE, VICTOR and MA. TERESA PINEDA, husband and wife, and RICHARD WAYMAN, on behalf of themselves and others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>FIRST HORIZON HOME LOANS CORPORATION,<br><br>     Defendant. | CLASS ACTION<br><br>No. C 06-0699 RSL<br><br>STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CIVIL ACTION NO. 05-1554 AND CIVIL ACTION NO. 06-0699 |

Pursuant to Fed. R. Civ. P. 42(a), and subject to the terms and conditions set forth below, Plaintiffs and Defendant in above-captioned actions hereby enter into this Stipulation and Proposed Order:

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CIVIL ACTION NO. 05-
1554 AND CIVIL ACTION NO. 06-0699- 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 447-4400

## I. STIPULATION

1. The above-captioned actions - *Gerber v. First Horizon Home Loans Corporation*, Civil Action No. 05-1554 ("*Gerber*") and *Squire et al. v. First Horizon Home Loans Corporation*, Civil Action No. 06-0699 ("*Squire*") (collectively, the "Actions") – are putative class actions currently pending against First Horizon Home Loan Corporation ("First Horizon") in this Court.

2. *Gerber* was filed in the Superior Court of King, County Washington on or about August 4, 2005, and removed to this Court on or about September 9, 2005.

3. *Squire* was filed in this Court on or about May 17, 2006.

4. In both Actions, Plaintiffs purport to challenge, on behalf of themselves and putative nationwide and statewide classes of allegedly similarly situated borrowers, a fee – known as a "priority fee" – charged by First Horizon in connection with their home loans.[1] In *Squire*, plaintiff Todd Squire purports to challenge, on behalf of himself and putative and statewide classes, a second fee – known as a "recording fee" – charged in connection with his home loan. The recording fee is not at issue in *Gerber*. Plaintiffs allege that the charging of these fees gives rise to claims for breach of contract, unjust enrichment, and violation of the Washington Consumer Protection Act ("WCPA").

5. The Actions will thus involve (a) litigation of common legal issues (*e.g.*, whether the charging of the subject priority fee constitutes a breach of contract, unjust enrichment or a violation of the WCPA, and whether Plaintiffs' priority fee claims meet the

---

[1] First Horizon denies that class certification is required or appropriate in the Actions, and reserves all rights to oppose class certification. Plaintiffs and First Horizon stipulate and agree that nothing in this Stipulation shall be deemed and/or construed to constitute a waiver or other limitation of First Horizon's right to oppose class certification on any grounds.

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CIVIL ACTION NO. 05-
1554 AND CIVIL ACTION NO. 06-0699- 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 447-4400

prerequisites to class certification under Fed. R. Civ. P. 23),[2] and (b) overlapping discovery concerning Plaintiffs' priority fee claims. For these reasons, Plaintiff and First Horizon agree that the Actions should proceed on a common schedule – *i.e.*, the schedule to be entered by this Court following submission of the parties' forthcoming Joint Status Report & Discovery Plan in *Squire*, which is due to be filed on August 31, 2006 – through litigation and resolution of the class certification question. *See Squire*, No. C 06-699-RSL "*Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement*" (July 20, 2006). Placing *Gerber* on the same schedule as *Squire* will, among other things, allow for common (as opposed to separate) discovery and class certification briefing in the Actions. The parties agree that discovery in *Gerber* may continue apace.

6. Fed. Civ. P. 41(a) provides this Court may consolidate actions "involving common questions of law or fact," and/or "make such orders concerning the proceedings therein as may tend to avoid unnecessary costs or delay." Fed. R. Civ. P. 41(a).

7. The consolidation of the Actions through litigation and resolution of the issue of class certification will serve the interests of justice, conserve this Court's and the parties' resources, achieve considerable efficiencies, and avoid inconsistent results.

It is, therefore, STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiffs and First Horizon in the above-entitled actions, that (a) the

---

[2] While First Horizon acknowledges that the Actions involve common legal issues for purposes of a Rule 42(a) consolidation analysis, it maintains that no class can be certified in *Gerber* and/or *Squire* because, among other reasons, the putative class claims implicate individual questions of law and fact that will predominate over any questions common to the putative class members. Fed. R. Civ. P. 23(b)(3).

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CIVIL ACTION NO. 05-
1554 AND CIVIL ACTION NO. 06-0699- 3

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 447-4400

Actions may be consolidated through litigation and resolution of the issue of class certification; (b) the litigation of Actions through resolution of the class certification issue shall proceed upon the schedule to be entered by this Court following submission of the parties' Joint Status Report & Discovery Plan in *Squire*; (c) the May 2, 2006 scheduling order in *Gerber* may be vacated (*see Geber*, "*Minute Order Setting Trial Date & Related Dates*" (May 2, 2006)); (d) the Parties will inform the Court as to their respective positions concerning whether the Actions should remain consolidated following resolution of the class certification issue;[3] (e) *Squire* shall not "relate back" to the date of the filing of *Gerber* for any purpose, including, without limitation, determining any tolling period or statute of limitations defense; and (f) the claim(s) of any Plaintiff or putative class member time barred under any applicable statutes of limitation as of the date of the filing of *Squire* shall remain time barred without regard to *Gerber* or the August 4, 2005 date of *Gerber's* filing.

---

[3] In the event the parties do not agree on whether continued consolidation of the Actions is appropriate following resolution of the certification issue, the parties will, by appropriate motion or application, submit the matter to the Court for determination.

STIPULATION AND [~~PROPOSED~~] ORDER
CONSOLIDATING CIVIL ACTION NO. 05-
1554 AND CIVIL ACTION NO. 06-0699- 4

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 447-4400

1  DATED this 21st day of August, 2006:

2

3  FOSTER PEPPER PLLC                          WILLIAMSON & WILLIAMS

4  /s/ Tim J. Filer                            /s/ Rob Williamson
   Tim J. Filer, WSBA No. 16285                Rob Williamson, WSBA No. 11387
5  Jeffrey S. Miller, WSBA No. 28077
6  Neil A. Dial, WSBA No. 29599                Guy W. Beckett, Esq.
                                               Beckett Law Offices, PLLC
7  Thomas M. Hefferon, Esq. (pro hac vice)     811 First Avenue, Suite 620
   GOODWIN PROCTER LLP                         Seattle, WA 98104
8  901 New York Avenue, N.W.                   Ph: 206-264-8135
   Washington, D.C. 20001
9  (202) 346-4000
                                               Mark A. Griffin, Esq.
10 Brooks R. Brown, Esq. (pro hac vice)        Keller Rohrback L.L.P.
   Jennifer W. Fischesser, Esq. (pro hac vice) 1201 Third Ave., Suite 3200
11 GOODWIN PROCTER LLP                         Seattle, WA 98101
   Exchange Place                              Ph: 206-623-1900
12 Boston, MA  02109-2188
   (617) 570-1000
13                                             Attorneys for Plaintiff Gary Gerber and
   Attorneys for Defendant                     Plaintiffs Squire, Pineda and Wayman
14 First Horizon Home Loan Corporation

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER                        **FOSTER PEPPER PLLC**
CONSOLIDATING CIVIL ACTION NO. 05-                      1111 THIRD AVENUE, SUITE 3400
1554 AND CIVIL ACTION NO. 06-0699- 5                    SEATTLE, WASHINGTON 98104-1158
                                                        TELEPHONE: (206) 447-4400

## II.  ORDER

This matter having come before the Court on the stipulation and joint request of the parties and good cause having been shown,

IT IS SO ORDERED. All documents hereafter filed in these causes shall be filed and docketed under Case No. C05-1554RSL.

DATED this 29th day of August, 2006.

_____
Honorable Robert S. Lasnik
United States District Judge

LIBA/1716391.4

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CIVIL ACTION NO. 05-
1554 AND CIVIL ACTION NO. 06-0699- 6

FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington 98104-1158
Telephone: (206) 447-4400