1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARY GERBER, on behalf of himself and others
similarly situated,

    Plaintiff,

    vs.

FIRST HORIZON HOME LOANS
CORPORATION,

    Defendant.

NO.  C05-1554RSL

ORDER VACATING MINUTE ORDER
SETTING TRIAL DATE AND
RELATED DATES

Per the Stipulation and Order Consolidating Civil Action No. 05-1554 and Civil Action
No. 06-669, the Court's Minute Order Setting Trial Date and Related Dates, docket #50, entered May 2,
2006, in the above captioned case, is hereby VACATED.

    DATED this 30th day of August, 2006.

_Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER OF DISMISSAL